# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Iran Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Iran Short Form Complaint, Allegation 2 of Appendix 1 to the Iran Form Complaint, etc.

|  | Plaintiffs Name (alphabetically ordered by last name of Injured 9/11 Victim) | Relationship to Injured 9/11 Victim | State of Residency at filing | Citizenship/ Nationality on 9/11/01 | General Nature of Claim Asserted |
|---|---|---|---|---|---|
| 1 | Charles Aber | Self | NC | US | Personal Injury |
| 2 | Andrew Albate | Self | NY | US | Personal Injury |
| 3 | Jesse Atchison | Self | NY | US | Personal Injury |
| 4 | Alessandra Benedetti, as administrator of the Estate of Paul Benedetti deceased and individually | Spouse | NY | US | Wrongful Death, Solatium |
| 5 | Jeffrey Bickart | Self | AZ | US | Personal Injury |
| 6 | Francine Bickart | Spouse | AZ | US | Personal Injury |
| 7 | Erica Bickart | Child | AZ | US | Personal Injury |
| 8 | Robert Brager | Self | NY | US | Personal Injury |
| 9 | Sharon Brenseke | Spoue | NY | US | Solatium |
| 10 | Steven Brenseke | Self | NY | US | Personal Injury |
| 11 | Elizabeth Broderick | Self | FL | US | Personal Injury |
| 12 | Kevin Burke | Self | NY | US | Personal Injury |
| 13 | Tyrone Butler | Self | NY | US | Personal Injury |
| 14 | Christopher Callow | Self | NY | US | Personal Injury |
| 15 | Jason Carpentieri | Self | NY | US | Personal Injury |
| 16 | Nicholas Chiarello | Self | NY | US | Personal Injury |
| 17 | Jason Cohen | Self | NY | US | Personal Injury |
| 18 | Anthony Concialdi | Self | NY | US | Personal Injury |
| 19 | Ronald Coronato, as administrator of the Estate of Peter Freund deceased and individually | Child/Step-Son | NY | US | Wrongful Death, Solatium |
| 20 | Daniel Danzi | Self | NY | US | Personal Injury |
| 21 | Bobita Daspurkaytha | Spouse | NY | US | Solatium |
| 22 | Dipak Dasrao | Self | NY | US | Personal Injury |
| 23 | Utsab Dasroa | Child | NY | US | Solatium |
| 24 | Ashmil Dasroa | Child | NY | US | Solatium |
| 25 | Suzanne DePaolo | Parent | PA | US | Solatium |

| | | | | | |
|---|---|---|---|---|---|
| 26 | John DiPalo | Self | FL | US | Personal Injury |
| 27 | Frank DiScala | Self | NY | US | Personal Injury |
| 28 | Nick Dousmanis | Self | MO | US | Personal Injury |
| 29 | Ilana Eberson | Self | NY | US | Personal Injury |
| 30 | Daniel Enander | Self | NY | US | Personal Injury |
| 31 | Paul Farella | Self | NY | US | Personal Injury |
| 32 | Majorie Farley, as administrator of the Estate of Paige Farley deceased and individually | Parent | GA | US | Wrongful Death, Solatium |
| 33 | Gerard Fenn | Self | FL | US | Personal Injury |
| 34 | Jefferey Fosello | Self | NJ | US | Personal Injury |
| 35 | Michael Gavin | Self | FL | US | Personal Injury |
| 36 | Katelyn Gavin | Self | MA | US | Personal Injury |
| 37 | Susan Girolamo | Self | FL | US | Personal Injury |
| 38 | Manuel Gomez | Self | NJ | US | Personal Injury |
| 39 | Benjamin Gottlieb | Self | NY | US | Personal Injury |
| 40 | James Hagner, Jr. | Child | PA | US | Solatium |
| 41 | Sari Hagner | Child | PA | US | Solatium |
| 42 | Gianna Hagner | Child | PA | US | Solatium |
| 43 | Niko Hagner | Child | PA | US | Solatium |
| 44 | Sara Hagner | Spouse | PA | US | Solatium |
| 45 | James Hagner | Self | PA | US | Personal Injury |
| 46 | Joseph Herman, as administrator of the Estate of Chantal Vincelli deceased and individually | Spouse | CA | US | Wrongful Death, Solatium |
| 47 | Rachel Hughes | Self | NY | US | Personal Injury |
| 48 | Barnes James | Self | NY | US | Personal Injury |
| 49 | Jimmy Jimenez | Sibling | NY | US | Solatium |
| 50 | Rosa Jimenez | Parent | NY | US | Solatium |
| 51 | Luis Jimenez, Sr, as administrator of the Estate of Luis Jimenez, Jr. deceased and individually | Parent | NY | US | Wrongful Death, Solatium |
| 52 | Kevin Johns | Self | NY | US | Personal Injury |
| 53 | Robert Kearney | Self | NY | US | Personal Injury |
| 54 | Thomas King | Self | NY | US | Personal Injury |
| 55 | Robert Kreuz | Self | NJ | US | Personal Injury |
| 56 | Shane Lefebvre | Self | NY | US | Personal Injury |
| 57 | Sara Leftkowitz, as administrator of the Estate of Stephen Lefkowitz deceased and individually | Spouse | NY | US | Wrongful Death, Solatium |
| 58 | Daniel Lefkowitz | Son | NY | US | Solatium |
| 59 | John Martin, as administrator of the Estate of Teresa Martin deceased and individually | Spouse | VA | US | Wrongful Death, Solatium |

| | | | | | |
|---|---|---|---|---|---|
| 60 | Keoni May | Self | HI | US | Personal Injury |
| 61 | Rufus McDay, as administrator of the Estate of Tonyell McDay deceased and individually | Parent | NJ | US | Wrongful Death, Solatium |
| 62 | Victor Mesce | Self | NJ | US | Personal Injury |
| 63 | Frederick Parisi | Self | NJ | US | Personal Injury |
| 64 | Chris Perez | Self | NY | US | Personal Injury |
| 65 | Sheik Rahaman | Self | NY | US | Personal Injury |
| 66 | Denis Reese | Self | NC | US | Personal Injury |
| 67 | Joseph Rodriguez | Self | NY | US | Personal Injury |
| 68 | Alonso Salvatierra | Sibling | NY | US | Solatium |
| 69 | Neil Shatzoff, as administrator of the Estate of Kathryn Shatzoff deceased and individually | Spouse | NY | US | Wrongful Death, Solatium |
| 70 | Robert Singer | Self | NY | US | Personal Injury |
| 71 | Timothy Snickles | Self | NY | US | Personal Injury |
| 72 | Michael Sullivan | Self | NY | US | Personal Injury |