IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:* <br><br> *Gaston, et. al v. The Islamic Republic of Iran, No. 18-cv-12337, Gaston, et. al. v. Kingdom of Saudi Arabia, No. 18-12338, Johnson, et al. v. The Islamic Republic of Iran, 18-cv-12344, Johnson, et. al. v. Kingdom of Saudi Arabia, No. 18-cv-12346, Rodriguez, et. al. v. The Islamic Republic of Iran, No. 18-cv-12347, Rodriguez, et. al. v. Kingdom of Saudi Arabia, No. 18-cv-12348, Knight et. al. v. The Islamic Republic of Iran, No. 18-cv-12398, Knight, et. al. v. Kingdom of Saudi Arabia, No. 18-cv-12399, Desimone v. The Islamic Republic of Iran, No. 21-07679, Desimone v. Kingdom of Saudi Arabia, No. 17-00348* | |

**[PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION**

The Motion of David J. Dickens for admission to practice Pro Hac Vice before this Court in the above-captioned cases is GRANTED. David J. Dickens has declared that he is a member of good standing of the bar of the District of Columbia, and that his contact information is as follows:

> David J. Dickens
> The Miller Firm, LLC
> 108 Railroad Avenue
> Orange, VA 22960
> Tel: 540-672-4224
> Fax: 540-672-3055
> ddickens@millerfirmllc.com

David J. Dickens having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above-captioned actions:

IT IS HEREBY ORDERED that David J. Dickens is admitted to practice Pro Hac Vice in the above-captioned cases in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys

Dated: _____

                                           SARAH NETBURN
                                           United States Magistrate Judge