UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-MDL-1570 (GBD) (SN) |

This document relates to:

*Rodriguez, et al. v. Islamic Republic of Iran,* Case No. 18-cv-12347 (GBD) (SN)

### PARTIAL FINAL DEFAULT JUDGMENT FOR *RODRIGUEZ* I PLAINTIFFS IDENTIFIED IN EXHIBIT A

Upon consideration of the evidence and arguments submitted by Plaintiffs in *Rodriguez, et al. v. Islamic Republic of Iran,* Case No. 18-cv-12347 (GBD) (SN) ("*Rodriguez*"), identified in Exhibit A to this Order, who are each an immediate family member of a victim killed in the terrorist attacks on September 11, 2001, together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants; and it is further

**ORDERED** that the *Rodriguez* Plaintiffs' Motion for Judgment by Default against the Islamic Republic of Iran is **GRANTED** and final judgment on liability is entered against the Islamic Republic of Iran, consistent with ECF No. 3443, and in favor of the *Rodriguez* Plaintiffs identified in Exhibit A; and it is further

**ORDERED** that partial final judgment is entered on behalf of the *Rodriguez* Plaintiffs identified in Exhibit A against the Islamic Republic of Iran; and it is further

**ORDERED** that Plaintiffs identified in Exhibit A are awarded solatium damages in the amount set forth in Exhibit A and may, at a later date, submit applications for punitive damages, or other damages (to the extent such awards have not previously been ordered) consistent with

any future rulings made by this Court on this issue; and it is further

**ORDERED** that the *Rodriguez* Plaintiffs identified in Exhibit A are awarded prejudgment interest at a rate of 4.96% per annum, compounded annually, running from September 11, 2001 until the date of judgment.

Furthermore, this Court respectfully directs the Clerk of Court to terminate the motions at ECF No. 8520 in Case No. 03-md-1570 and ECF No. 55 in Case No. 18-cv-12347.

Dated: June 26, 2023
       New York, New York

**SO ORDERED:**

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# Exhibit A

| Plaintiffs Name | State | National Country | Decedent | Relationship | Award |
|---|---|---|---|---|---|
| Neil Shatzoff | NY | USA | Kathryn Shatzoff | Spouse | $12,500,000 |
| Alessandra Benedetti | NY | USA | Paul Benedetti | Spouse | $12,500,000 |
| Luis Jimenez Sr. | NY | USA | Luis Jimenez Jr. | Parent | $8,500,000 |
| Jimmy Jimenez | NY | USA | Luis Jimenez Jr. | Sibling | $4,250,000 |
| Sara Leftkowitz | NY | USA | Stephen Lefkowitz | Spouse | $12,500,000 |
| Daniel Lefkowitz | NY | USA | Stephen Lefkowitz | Child | $8,500,000 |