# EXHIBIT B

Estates - (description)

# EXHIBIT B – United States national estates w/o prior judgments

| Personal Representative | | | 9/11 Decedent | | | | | | Claim Information | | | Pain & Suffering Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Amount |
| 1 Alessandra | | Benedetti | Paul | | Benedetti | | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 4, appendix 1 | | $2,000,000 |
| 2 Rosa | | Jimenez | Luis | | Jimenez | Jr. | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 51, appendix 1 | 81 | $2,000,000 |
| 3 Sara | | Lefkowitz | Stephen | | Lefkowitz | | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 57, appendix 1 | | $2,000,000 |
| 4 John | | Martin | Teresa | | Martin | | US | 9/11/01 | VA | 18cv12347 | 1 at allegation 59, appendix 1 | | $2,000,000 |
| 5 Neil | | Shatzoff | Kathryn | | Shatzoff | | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 69, appendix 1 | | $2,000,000 |
| 6 | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | |
| ... | | | | | | | | | | | | | |
| 50 | | | | | | | | | | | | | |

Solatium - (description)

# EXHIBIT B – United States national solatium plaintiffs w/o prior judgments

| Claimant | | | | 9/11 Decedent | | | | | | Claim Information | | Solatium Damages | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Relationship | Amount |
| Rosa | | Jimenez | US | Luis | | Jimenez | Jr. | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 50, appendix 1 | Parent | $ 8,500,000.00 |
| Alonso | | Salvatierra | US | Luis | | Jimenez | Jr. | US | 9/11/01 | NY | 18cv12347 | 1 at allegation 68, appendix 1 | Sibling | $ 4,250,000.00 |
| John | | Martin | US | Teresa | | Martin | | US | 9/11.01 | VA | 18cv12347 | 1 at allegation 59, appendix 1 | Spouse | $ 12,500,000.00 |