# Exhibit F

**Nick Dousmanis**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| This document relates to:<br>*Rodriguez, et al. v. The Islamic Republic of Iran* | 18-cv-12347 (GBD)(SN)<br>ECF Case |

## DECLARATION OF NICK DOUSMANIS

I, Nick Dousmanis, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1.     I am more than eighteen (18) years of age and I have personal knowledge of and am competent to testify to the matters stated in this declaration. I am a citizen of the United States. I was a citizen of the United States on September 11, 2001.

2.     On September 11, 2001, I was present in New York City when the terrorist attacks on the World Trade Center (WTC) occurred. I was an Officer with the New York Police Department (NYPD). The day of the attack I was on duty at a footpost in Brooklyn when I was advised to return to my precinct. We did not know all of the circumstances of the emergency at that time the first plane hit the WTC, but a citywide mobilization was announced by the Department and we learned that the second tower had also been stuck by a plane.

3.     I was one of a group of officers sent to the Brooklyn and Manhattan Bridges to expedite the exodus of people from Manhattan and ensure that no unauthorized vehicles were allowed to cross the river into the city. I was initially stationed at the Manhattan Bridge, but during our shift we ended up being posted at both bridges for a time. From the Manhattan Bridge, I could see the towers burning and watched them as they collapsed. The people who were crossing the

1

bridge into Brooklyn were hurrying across the river on foot and as the day went on there were more and more of them covered with dust. I stayed at that post until 1:00 a.m. the next morning.

4.    We were instructed to report back to the precinct at 6:00 a.m. on September 12. When we arrived, we were taken by van to Ground Zero to help with search and recovery, looking for evidence and human remains. Ground Zero was covered in deep ash and smoke poured out of the ground as it continued to burn. We were walking through the dust, ash, and smoke without any protective equipment for our eyes, noses, or throats. The site was still chaotic as emergency personnel poured over it. On September 12, I worked a twelve-hour shift, as I would for the next five or six months, at the WTC site. At the end of the shift, our uniforms were filthy and we covered with dust.

5.    In the months that followed I continued to work at Ground Zero searching through the rubble, but I was also periodically assigned to security details at the heliport or the area where the barges were loaded with debris from the WTC. We were given our assignments at the precinct each morning and were taken into Manhattan each morning from there. We were not provided any protective equipment for many weeks after the attacks and then only paper masks which were not effective at filtering out the dust that was everywhere.

6.    I did not initially think about the health consequences of working in the environment at the WTC site. I had developed a cough and sometimes had difficulty breathing, but I assumed it would go away when I left the site. It was not until several years later that I began to have increasing difficulty breathing with physical activity. I went to a private physician and was diagnosed with asthma. Since then, I have developed additional medical issues and been diagnosed with gastroesophageal reflux disease, chronic obstructive pulmonary disease, and obstructive sleep apnea. I am still being treated for all these conditions.

7.      I learned of the World Trade Center Health Program (WTCHP) through the police department in 2012 and began participating in its annual monitoring program.  In 2016, as part of the annual monitoring, a prostate-specific antigen test (PSA) performed. It was determined to be abnormally high and I was subsequently diagnosed with prostate cancer.  Although I have not had to undergo surgery, my condition is being very closely monitored, including PSA tests twice a year and an MRI once each year through the Program.

8.   Following the evaluation of my condition by the WTCHP, I decided to pursue a claim with the Victim Compensation Fund (VCF).  It was determined that I met the statutory eligibility requirements for compensation.  The injury I was found eligible for was malignant neoplasm of the prostate.  A true and correct copy of the VCF eligibility determination letter documenting the physical injuries I suffered from the attacks on 9/11 is submitted with this Declaration as part of this exhibit.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this **30** day of _April_____, 2025.

_____
Declarant Nick Dousmanis

3



September 11th
Victim Compensation Fund

April 8, 2019

NICK DOUSMANIS



Dear NICK DOUSMANIS:

The September 11th Victim Compensation Fund ("VCF") has reviewed your Eligibility Form. Your claim number is VCF0094825. Your Eligibility Form was determined to be substantially complete on April 05, 2019. As stated in the regulations and on the claim form, by filing a substantially complete Eligibility Form you have waived your right to file or be a party to a September 11th-related lawsuit.

### The Decision on your Claim

The VCF has determined that you meet the eligibility criteria established in the statute and regulations. Based on the information you submitted and information the VCF has received from the World Trade Center ("WTC") Health Program, you have been found eligible for the following injuries:

- MALIGNANT NEOPLASM OF PROSTATE

Please note that there are several reasons why an injury that you think should be eligible is not listed above. For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or the amount of your award.

### What Happens Next

**If you have been certified for treatment by the WTC Health Program for a condition not listed above,** you should amend your claim. Please see the VCF website for details on how to amend your claim. The VCF will review the new information and determine if it provides the basis for a revised decision.

**If you believe you have eligible injuries that are not being treated by the WTC Health Program** and you would like the VCF to consider those injuries before calculating your award, you should amend your claim. If you choose to amend your claim, you must first seek certification for the condition(s) from the WTC Health Program. Seeking certification for your



September 11th
Victim Compensation Fund

condition provides the VCF with the necessary evidence that the condition is eligible for compensation. Please note, however, that because additional certifications do not necessarily impact the amount of your award, we recommend that you wait to receive your award letter to determine whether to seek certification for any additional condition(s).

**If you do not have injuries other than those listed above,** you should submit your Compensation Form and required supporting materials. If you have already submitted your Compensation Form, you do not need to take any action at this time unless you receive a request from the VCF for missing information. The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Rupa Bhattacharyya
Special Master
September 11th Victim Compensation Fund

cc: NICK DOUSMANIS