# Exhibit B

## Rodriguez Personal Injury Plaintiffs

Personal & Latent Injuries - (description)

| Claimant | | | | | | Claim Information | | | Pain & Suffering Damages | |
|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Site | Case | Complaint | Amendments & Substitutions | Documentation | Amount |
| 1 James | | Barnes | | US | NY | 18cv12347 | 18cv12347, 1 at Allegation 48 of Appendix 1 | | | |
| 2 Robert | | Brager | | US | NY | 18cv12347 | 18cv12347, 1 at Allegation 8 of Appendix 1 | | | |
| 3 Kevin | | Burke | | US | NY | 18cv12347 | 18cv12347, 1 at Allegation 12 of Appendix 1 | | | |
| 4 Frank | | Discala | | US | NY | 18cv12347 | 18cv12347, 1 at Allegation 27 of Appendix 1 | | | |
| 5 Nick | | Dousmanis | | US | NY | 18cv12347 | 18cv12347, 1 at Allegation 28 of Appendix 1 | | | |
| 6 Timothy | | Snickles | | US | NY | 18cv12347 | 18cv12347, 1 at Allegation 71 of Appendix 1 | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| ... | | | | | | | | | | |
| 56 | | | | | | | | | | |